In the Matter of the Claim of SALVATORE CIRONE, Respondent, against A. CUNEO & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the evidence does not sustain the finding of total disability.  Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of JOSEPH KRANOWITZ, Respondent, against AMERICAN COTTON COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof to support the findings that a bale of cotton fell on the claimant's belly and produced an increase of intra-abdominal force, and that herniotomy was afterwards performed; and there was failure to show disability during the period of the award. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of LORENZO DI CARO, Respondent, against A. ABBANDANZA BROS. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, no objection on this appeal being taken that the report of Dr. Gulliver was unverified.  Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of D. A. FRENCH, Respondent, against BOULEVARD ADVERTISING CORPORATION and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board.  Cochrane, P. J., McCann, Davis and Whitmyer, JJ., concur; Van Kirk, J., not voting.